IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA,
*Ex rel.*, DEEDY DIAMOND, NICHOEL
CHAISSON, and SANDRA FAIRLEY     PLAINTIFFS

V.     CIVIL ACTION NO. 1:12CV393 LG-JMR

ST. JOSEPH HOSPICE
and PATRICK MITCHELL     DEFENDANTS

## FILED UNDER SEAL

### THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE
### IN PART AND TO DECLINE TO INTERVENE IN PART

Respectfully submitted,

Gregory K. Davis
United States Attorney
Southern District of Mississippi

Dated: August 20, 2015

ANGELA GIVENS WILLIAMS
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, MS 39201
Telephone: (601) 965-4480
Fax: (601) 965-4409
MS Bar No. 102469

Case 1:12-cv-00393-LG-JCG   Document 22   Filed 08/20/15   Page 2 of 4

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Ex rel.*, DEEDY DIAMOND, NICHOEL<br>CHAISSON, and SANDRA FAIRLEY | PLAINTIFFS |
| V. | CIVIL ACTION NO. 1:12CV393 LG-JMR |
| ST. JOSEPH HOSPICE<br>and PATRICK MITCHELL | DEFENDANTS |

<u>**FILED UNDER SEAL**</u>

<u>THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE
IN PART AND TO DECLINE TO INTERVENE IN PART</u>

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in part of this action and to decline to intervene in part of this action. The United States intervenes in that part of the action that alleges the defendants St. Joseph Hospice and Patrick Mitchell aggressively marketed "continuous care" hospice services and routinely billed continuous care services to the government for patients who do not qualify for that level of care. The United States declines to intervene in that part of the action that alleges Defendants routinely admitted into hospice patients who were not eligible for hospice benefits from Medicare Part A. The parties have reached a settlement in this matter as to the allegations related to continuous care hospice services. The terms of the Settlement Agreement call for dismissal of the action upon the full payment of the settlement amount, which is scheduled to occur on or before January 6, 2016. The Stipulation of Dismissal will result in the dismissal with prejudice of all claims in the lawsuit of Relators Deedy Diamond, Nichoel Chaisson and Sandra Fairley. The Stipulation of Dismissal will result in dismissal with prejudice of the United States

-2-

claims regarding continuous hospice care and dismissal without prejudice as to any claims the United States would have regarding routine hospice care. The United States and Relators will submit the Stipulation of Dismissal no later than January 13, 2016.

Finally, the United States requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

                                  Respectfully submitted,

                                  Gregory K. Davis  
                                  UNITED STATES ATTORNEY

                                  */s/ Angela Williams (AGW)*  
                                  ANGELA GIVENS WILLIAMS  
                                  Assistant United States Attorney  
                                  501 East Court Street, Suite 4.430  
                                  Jackson, MS   39201  
                                  Telephone: (601) 965-4480  
                                  Fax:   (601) 965-4409  
                                  MS Bar No. 102469

Dated:   August 20, 2015

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE IN PART AND TO DECLINE TO INTERVENE IN PART has been sent via Electronic Mail, to the party noted below, on August 20, 2015.

Counsel for Relator

Clifford Johnson
Pigot, Reeves & Johnson

ANGELA GIVENS WILLIAMS
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, MS   39201
Telephone: (601) 965-4480
Fax:   (601) 965-4409