# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,
*ex rel.* DEEDY DIAMOND, NICHOEL
CHAISSON, and SANDRA FAIRLEY                                      PLAINTIFFS

v.                                        CIVIL ACTION NO. 1:12CV393 LG-JCG

ST. JOSEPH HOSPICE
and PATRICK MITCHELL                                              DEFENDANTS

## ORDER

The United States having intervened in part of this action and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that,

1. the relators' complaint, the Government's Notice of Election to Intervene in Part and to Decline to Intervene in Part, and this Order be unsealed;

2. the United States and the relators submit a Stipulation of Dismissal upon full payment of the settlement amount, but no later than January 13, 2016.

3. all other papers or Orders on file in this matter shall remain under seal; and

4. the seal be lifted on all other matters occurring in this action after the date of this Order.

IT IS SO ORDERED,

This 1ST day of September, 2015.

United States District Judge