IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
*Ex rel.*, DEEDY DIAMOND, NICHOEL
CHAISSON, and SANDRA FAIRLEY          PLAINTIFFS

V.                          CIVIL ACTION NO. 1:12CV393 LG-JMR

ST. JOSEPH HOSPICE
and PATRICK MITCHELL                  DEFENDANTS

## STIPULATION OF DISMISSAL

The United States having intervened in part of this action and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), and the parties having settled this matter hereby, the United States and the Relators' hereby stipulate to dismissal as follows:

1. the Relators' Complaint is dismissed with prejudice as to all actions stated therein;

2. the United States dismisses with prejudice any action it has against Defendants related to the marketing and provision of "continuous care" hospice services through January 31, 2015; and

3. this dismissal has no effect on the United States' ability to investigate or file any action related to routine hospice care.

Agreed:

*/s/ Angela Givens Williams*
Angela Givens Williams
Assistant United States Attorney
Southern District of Mississippi
501 East Court Street, Suite 4.430
Jackson, MS   39201
601.973.2822 (telephone)
601.965.4409 (facsimile)

Angela.williams3@usdoj.gov

*/s/ Cliff Johnson*
Cliff Johnson
Piggott & Johnson
775 North Congress Street
Jackson, MS   39202
601.354.2121 (telephone)
601.354.7854 (facsimile)
cjohnson@pjlawyers.com